| PROB 22 (Rev. 2/88) | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Tran. Court)* 1:02CR00041 |
|---|---|---|
| | FILED DISTRICT COURT 05 OCT 28 PM 3:08 | DOCKET NUMBER *(Rec. Court)* IP05-CR-167T/F |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE Eric Montgomery 2222 Fair Oak Drive Indianapolis, IN 46224 | DISTRICT Southern District of Ohio | DIVISION Cincinnati, Ohio |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable Herman J. Weber United States District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM July 8, 2005 | TO July 7, 2010 |

OFFENSE
Distribution of Cocaine Base (Crack), in violation of Title 21 U.S.C. 841 (A)(1) and (b)(1)(iii).

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "Southern District of Ohio"

  IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Southern District of Indiana upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

10/12/05
Date

_[signature]_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Southern District of Indiana

  IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

11/11/2005
Effective Date

_[signature]_
United States District Judge